IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 5:03-CR-50015-01 |
| | * | |
| VERSUS | * | DISTRICT JUDGE HICKS |
| | * | |
| DONALD RAY HOWARD, a.k.a. "DIRTY" | * | MAGISTRATE JUDGE HORNSBY |

## ORDER

Considering the United States' Motion for a Stay or Abeyance, and finding reasonable cause:

IT IS HEREBY ORDERED that the request is GRANTED, and the defendant's pending motion [Doc. No. 160] is STAYED until a final decision is reached in *United States v. Jean*, 108 F.4th 275 (5th Cir. 2024).

Signed this __8th__ day of October, 2024, in Shreveport, Louisiana.

_____
S. MAURICE HICKS, JR.
United States District Judge