# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### SHREVEPORT DIVISION

UNITED STATES OF AMERICA                    CRIMINAL ACTION NO. 03-50015-01

VERSUS                                                           JUDGE S. MAURICE HICKS, JR.

DONALD RAY HOWARD (01)

## ORDER

Considering the Petitioner Donald Ray Howard's ("Howard") Motion for Stay or to Hold the Proceeding in Abeyance (Record Document 175) and the Government's response (Record Document 178),

**IT IS ORDERED** that Howard's Motion for Stay or to Hold the Proceeding in Abeyance (Record Document 175) is **GRANTED**.  Howard's compassionate release motion is **STAYED** pending a decision by the United States Supreme Court in Rutherford v. United States, No. 24-280.  Either Howard or counsel for the Government shall notify the Court when Rutherford has been decided by the Supreme Court.

**THUS DONE AND SIGNED,** in Shreveport, Louisiana, this 25th day of July, 2025.

_____
United States District Judge